ORIGINAL

FILED

10/25/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0394

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0394

JACOB SMITH,

      Petitioner and Appellant,

v.

STATE OF MONTANA, et al.,

      Respondent and Appellee.

FILED

OCT 2 5 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Jacob Smith has filed a motion for extension of time within which to file his opening brief. Good cause appearing,

IT IS HEREBY ORDERED that Appellant has until November 30, 2021, within which to file his opening brief.

DATED this 25 day of October, 2021.

For the Court,

_____
Justice